NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

CASITAS MUNICIPAL WATER DISTRICT,
*Plaintiff-Appellant,*

v.

UNITED STATES,
*Defendant-Appellee.*

---

2012-5033

---

Appeal from the United States Court of Federal Claims in case no. 05-CV-168, Senior Judge John P. Wiese.

---

## ON MOTION

---

Before LOURIE, *Circuit Judge.*

## ORDER

California State Water Resources Control Board and Natural Resources Defense Council move for leave to file a brief amicus curiae. California State Water Resources Control Board moves to take judicial notice of certain documents.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

JUL 0 2 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Roger J. Marzulla, Esq.
Katherine J. Barton, Esq.
John D. Echeverria, Esq.
Tara Mueller, Esq.
Roderick E. Walston, Esq.
J. David Breemer, Esq.
Jennifer L. Spaletta, Esq.

s26

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUL 0 2 2012**

**JAN HORBALY**
**CLERK**